McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Jan 14, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW NATHAN HERNANDEZ, <br><br> Defendant. | CASE NO. 1:21-cr-00011-NONE-SKO <br><br> VIOLATION: 18 U.S.C. § 39A - Aiming a Laser Pointer at an Aircraft |

INDICTMENT

The Grand Jury charges: T H A T

ANDREW NATHAN HERNANDEZ,

defendant herein, on or about December 26, 2020, in the County of Kern, State and Eastern District of California, and elsewhere, did knowingly aim the beam of a laser pointer at an aircraft, namely, Air-1, a

////

////

////

////

////

INDICTMENT                               1

1 | Kern County Sheriff's Office helicopter, in the special aircraft jurisdiction of the United States, and at
2 | the flight path of said aircraft, in violation of Title 18, United States Code, Section 39A.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

McGREGOR W. SCOTT
United States Attorney

**KIRK E. SHERRIFF**
_____
KIRK E. SHERRIFF
Assistant U.S. Attorney
Chief, Fresno Office

INDICTMENT

2