*No.* 1:21-cr-00011-NONE-SKO

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

**FILED**
Jan 14, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# THE UNITED STATES OF AMERICA
*vs.*

# ANDREW NATHAN HERNANDEZ

## INDICTMENT

VIOLATION(S): 18 U.S.C. § 39A - Aiming a Laser Pointer at an Aircraft

*A true bill,*

/s/
————————————————————
*Foreman.*

*Filed in open court this* _____ *day*

*of* _____, *A.D. 20* _____

————————————————————
*Clerk.*

*Bail, $* __ ISSUE NO BAIL WARRANT __

————————————————————
Erin P. Snow

GPO 863 525

___KAE___<br>**AUSA INITIALS**

## PENALTY SLIP

**DEFENDANT:** Andrew Nathan Hernandez

**COUNT ONE (SOLE COUNT):**

    **VIOLATION:** 18 U.S.C. § 39A - Aiming a Laser Pointer at an Aircraft

    **PENALTY:** 5 years in prison and/or fine of $250,000; $100 penalty assessment; 3 year term of supervised release

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING: Case No.

See Indictment

☐ Petty
☐ Misdemeanor
☒ Felony

Place of offense: KERN COUNTY
U.S.C. Citation: See Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**DEFENDANT – – U.S. vs.**
ANDREW NATHAN HERNANDEZ

Address:

Birth Date: (Optional unless a juvenile)

☒ Male  ☐ Alien
☐ Female  (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FBI / SA JUSTIN CALTON

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
DEBRA DE LA PENA

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   KAREN ESCOBAR

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed
Mo.  Day  Year

**DATE OF ARREST** ▶

Or . . . if Arresting Agency & Warrant were not Federal
Mo.  Day  Year
**DATE TRANSFERRED TO U.S. CUSTODY** ⇨

☐ This report amends AO 257 previously submitted

---
ADDITIONAL INFORMATION OR COMMENTS

☐ **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation)

**PLEASE ISSUE NO BAIL WARRANT**