HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
ANDREW NATHAN HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW NATHAN HERNANDEZ, <br><br> Defendant. | Case No. 1:21-cr-00011-JLT-SKO <br><br> **STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE; ORDER** <br><br> Date: June 24, 2022 <br> Time: 9:00 a.m. <br> Court: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant Federal Defender, Jaya C. Gupta, counsel for defendant Andrew Nathan Hernandez, and Assistant United States Attorney Karen A. Escobar, counsel for the government, that the briefing schedule set in this case be continued as set forth below.

At the last status conference, the Honorable Sheila K. Oberto set the current pretrial motions schedule at the government's request. *See* ECF No. 29. Instead of a motions schedule, defense counsel suggested setting another status conference and at that further status conference, could inform the Court as to whether a pretrial motions schedule was necessary. *See* ECF No. 28. Defense counsel informed the government and the Court that she was in the middle of trial, had recently completed a different, multi-week trial, and had further investigation to conduct in the

current matter. *Id*. Nonetheless, the Court set the following briefing schedule: (ECF No. 29):

- Defense pretrial motions to be filed on or before May 13, 2022;
- Government oppositions to be filed on or before June 3, 2022;
- Any defense replies to be filed on or before June 10, 2022;
- Motion hearing to be set on June 24, 2022, at 9:00 a.m. before the Honorable Jennifer L. Thurston, United States District Judge

Defense counsel is still currently conducting further investigation relevant to the pretrial motions, and needs additional time to complete these tasks. In light of this, the parties ask that the current dates be re-set as follows below:

- Defense pretrial motions to be filed on or before July 15, 2022;
- Government oppositions to be filed on or before August 5, 2022;
- Any defense replies to be filed on or before August 12, 2022;
- Motion hearing to be set on August 26, 2022, at 9:00 a.m. before the Honorable Jennifer L. Thurston, United States District Judge.

Time was previously excluded until June 24, 2022. ECF No. 29 The parties agree that the time period until disposition of the motions on August 26, 2022, shall be excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of pretrial motions, through the conclusion of any hearing on the motion, and the prompt disposition of the motion. *See* 18 U.S.C. § 3161(h)(1)(D).

Dated:  May 12, 2022                                         HEATHER E. WILLIAMS
                                                                              Federal Defender

                                                                              */s/ Jaya C. Gupta*
                                                                              JAYA C. GUPTA
                                                                              Attorneys for Defendant
                                                                              ANDREW NATHAN HERNANDEZ

Dated: May 12, 2022                                          PHILLIP A. TALBERT
                                                                              United States Attorney

                                                                              */s/ Karen A. Escobar*
                                                                              KAREN A. ESCOBAR
                                                                              Assistant United States Attorney

## **ORDER**

**IT IS HEREBY ORDERED THAT** the briefing schedule on the defense pretrial motions is hereby re-set in accordance with the above. The defense pretrial motions are to be filed on or before July 15, 2022. Government oppositions to be filed on or before August 5, 2022. Any defense replies to be filed on or before August 12, 2022. Hearing on the pretrial motions to be set for August 26, 2022, at 9:00 a.m. before the Honorable Jennifer L Thurston, United States District Judge. Time shall be excluded until August 26, 2022, under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of pretrial motions.

IT IS SO ORDERED.

Dated: __May 12, 2022__



UNITED STATES DISTRICT JUDGE