HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
ANDREW NATHAN HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW NATHAN HERNANDEZ,<br><br>Defendant. | Case No. 1:21-cr-00011-JLT-SKO<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE; ORDER**<br><br>Date: December 2, 2022<br>Time: 9:00 a.m.<br>Court: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant Federal Defender, Jaya C. Gupta, counsel for defendant Andrew Nathan Hernandez, and Assistant United States Attorney Karen A. Escobar, counsel for the government, that the sentencing hearing scheduled for November 18, 2022 at 9:00 a.m. be continued to December 2, 2022 at 9:00 a.m.

Defense counsel has been in a long-running evidentiary hearing before the Honorable William B. Shubb, which will continue next week. Additionally, she has also had other hearings, which have occupied the majority of her time. As a result, she has not been able to participate in the presentence interview of her client. Accordingly, the defense seeks a two-week extension of the current sentencing date to allow the presentence interview to take place. The government

does not object to the continuance of the sentencing hearing for that purpose.

Dated:  September 27, 2022                HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/ Jaya C. Gupta*
                                          JAYA C. GUPTA
                                          Attorneys for Defendant
                                          ANDREW NATHAN HERNANDEZ

Dated: September 27, 2022                 PHILLIP A. TALBERT
                                          United States Attorney

                                          */s/ Karen A. Escobar*
                                          KAREN A. ESCOBAR
                                          Assistant United States Attorney

## **ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT** the sentencing schedule for November 18, 2022 at 9:00 a.m. is continued to December 2, 2022 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **September 28, 2022**                              _____
                                                             UNITED STATES DISTRICT JUDGE