HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, Bar # 344683
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ANDREW NATHAN HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW NATHAN HERNANDEZ,<br><br>　　　　　Defendant. | Case No. 1:21-cr-00011-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>Date:　February 13, 2023<br>Time:　10:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

　　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant Federal Defender Christina M. Corcoran, counsel for defendant Andrew Nathan Hernandez, and Assistant United States Attorney Karen A. Escobar, counsel for the government, that the sentencing hearing scheduled for December 2, 2022 at 9:00 a.m. be continued to February 13, 2023, at 10:00 a.m.

　　　　The continuance is necessary because defense counsel is new to the case following the departure of Mr. Hernandez's former counsel and requires time to familiarize herself with the client and the case.  The government does not object to the continuance of the sentencing hearing for that purpose.

　　　　As this is a sentencing matter, no exclusion of time is necessary.

/ / /

/ / /

                                                Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

Date: November 30, 2022                */s/ Christina M. Corcoran*
                                                CHRISTINA M. CORCORAN
                                                Assistant Federal Defender
                                                Attorneys for Defendant
                                                ANDREW NATHAN HERNANDEZ

Date: November 30, 2022                PHILLIP A. TALBERT
                                                United States Attorney

                                                */s/ Karen A. Escobar*
                                                KAREN A. ESCOBAR
                                                Assistant United States Attorney

## O R D E R

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for December 2, 2022 at 9:00 a.m. and sets the matter for sentencing on February 13, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **December 1, 2022**

UNITED STATES DISTRICT JUDGE

Hernandez / Stipulation and
Proposed Order