HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, Bar # 344683
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ANDREW NATHAN HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW NATHAN HERNANDEZ,<br><br>Defendant. | Case No. 1:21-cr-00011-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>Date:   March 27, 2023<br>Time:  10:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant Federal Defender Christina M. Corcoran, counsel for defendant Andrew Nathan Hernandez, and Assistant United States Attorney Karen A. Escobar, counsel for the government, that the sentencing hearing scheduled for February 13, 2023 at 9:00 a.m. be continued to March 27, 2023, at 10:00 a.m.

   The continuance is necessary because the government has recently submitted information pertaining to an expert witness that they intend to call at sentencing, and the defense requires time to evaluate this information and determine the appropriate response to it.  The government does not object to the continuance of the sentencing hearing for that purpose.

   As this is a sentencing matter, no exclusion of time is necessary.

/ / /

/ / /

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: February 10, 2023          */s/ Christina M. Corcoran*_____
                                          CHRISTINA M. CORCORAN
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          ANDREW NATHAN HERNANDEZ

Date: February 10, 2023          PHILLIP A. TALBERT
                                          United States Attorney

                                          */s/ Karen A. Escobar*_____
                                          KAREN A. ESCOBAR
                                          Assistant United States Attorney

## **O R D E R**

      GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for February 13, 2023 at 10:00 a.m. and sets the matter for sentencing on March 27, 2023, at 10:00 a.m.

IT IS SO ORDERED.

   Dated:   **February 10, 2023**                                              
                                                                  UNITED STATES DISTRICT JUDGE