FILED
DEC 12 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHRISTINA M. CORCORAN, Bar #344683
   Assistant Federal Defender
3  Officer of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   ANDREW NATHAN HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00011-JLT-SKO |
|---|---|
| Plaintiff, | **DEFENDANT'S UNOPPOSED MOTION TO EXONERATE BOND & FOR RETURN OF PASSPORT; ORDER** |
| vs. | |
| ANDREW NATHAN HERNANDEZ, | Judge: Hon. Erica P. Grosjean |
| Defendant. | |

Defendant Andrew Nathan Hernandez hereby moves the court under Fed. R. Crim. P. 46(g) for exoneration of the $2,500 cash bond posted on his behalf by Luisana Rodriguez. He also requests the return of his passport.

Mr. Hernandez appeared before this Court on January 26, 2021 and was ordered release on conditions. ECF Dkt. # 5. Pursuant to the terms of his release (*see* Dkt. #s 5, 10), on January 27, 2021, Mr. Hernandez surrendered his passport, and his mother, Luisana Rodriguez, posted a $2,500 cash bond on his behalf.

//

//

| 1/27/2021 | 7 | CASH BOND (Cashiers Check) POSTED as to Andrew Nathan Hernandez in amount of $ 2,500.00, Receipt # CAE100047495. (Marrujo, C) (Entered: 01/27/2021) |
|---|---|---|
| 01/27/2021 | 8 | COLLATERAL RECEIVED as to Andrew Nathan Hernandez: USA Passport from Andrew Nathan Hernandez, Passport Number 651326621. (Marrujo, C) (Entered: 01/27/2021) |

Mr. Hernandez successfully completed his term of pretrial supervision and was sentenced on March 27, 2023. Dkt. # 51. Pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure, since no conditions of the bond remain to be satisfied, Mr. Hernandez requests that the $2,500.00 cash bond be exonerated and reconveyed to Luisana Rodriguez. He also requests the return of his passport. He requests that both be mailed to an address to be provided by counsel to the Clerk's office.

On December 8, 2023, undersigned counsel confirmed that the government has no opposition to this motion.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 11, 2023

/s/ Christina M. Corcoran
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
ANDREW NATHAN HERNANDEZ

//

**ORDER**

The Court finds that Andrew Nathan Hernandez has complied with the conditions of his bond and that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of the Court exonerate the $2,500.00 cash bond in the above-captioned case and reconvey the cash to Luisana Rodriguez, who originally posted the cash bond.  IT IS ALSO HEREBY ORDERED that the Clerk of Court return Mr. Hernandez's passport received on January 27, 2021.  IT IS SO ORDERED.

DATED: 12/12/23

ERICA P. GROSJEAN
United States Magistrate Court Judge